Rodney E. Gould, State Bar No. 238877
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, Massachusetts 01701-0786
Telephone: (508) 875-5222
Facsimile: (508) 879-6803

LAURIE E. SHERWOOD, State Bar No. 155312
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
*TAICOA CORPORATION d/b/a
MICATO SAFARIS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY HOWELL, d/b/a HOWELL TALENT RELATIONS, <br><br> Plaintiff, <br><br> vs. <br><br> TAICOA CORPORATION, a New York corporation, d/b/a MICATO SAFARIS; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 12-03785 JSW <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br> **AND ORDER THEREON** |

It is hereby stipulated by and between the parties that the Rule 16(b) conference presently schedule for December 7, 2012 at 1:30 p.m. be adjourned to December 14, 2012 at 1:30 p.m.

The reason the parties request this change is that lead counselor for defendant is previously committed to an all day mediation in a serious wrongful death case that day.

-1-

Dated: October 3, 2012      WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By:     */s/ Laurie E. Sherwood*
          LAURIE E. SHERWOOD

-and-

RUBIN, HAY & GOULD, P.C.

By:     */s/ Rodney E. Gould*
          RODNEY E. GOULD

*Attorneys for the defendant
Taicoa Corporation d/b/a
Micato Safaris*

LAW OFFICES OF JAMES G. SCHWARTZ

By:     */s/ Joshua D. Brysk*
          JOSHUA D. BRYSK

*Attorneys for the plaintiff
Shelly Howell*

IT IS SO ORDERED. The case management conference is CONTINUED to December 14, 2012 at 1:30 p.m. The joint case management statement shall be filed no later than December 7, 2012.

Dated: October 4, 2012

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE