**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHELLY HOWELL,

    Plaintiff,

v.

TAICOA CORPORATION,

    Defendant.
_____/

No. C 12-03785 JSW

**ORDER EXTENDING TIME TO CONDUCT SETTLEMENT CONFERENCE**

Due to the Court's docket, the time for a Magistrate Judge to conduct a settlement conference is CONTINUED from March 8, 2013 until June 28, 2013.

**IT IS SO ORDERED.**

Dated: February 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:12-cv-03785-JSW   Document23   Filed02/08/13   Page2 of 2