United States District Court
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   SHELLY HOWELL,
10              Plaintiff,                        No. C 12-03785 JSW
11   v.
12   TAICOA CORPORATION,                          **ORDER EXTENDING TIME TO**
                                                  **CONDUCT SETTLEMENT**
13              Defendant.                        **CONFERENCE**
                                       /
14
15          Due to the Court's docket, the time for a Magistrate Judge to conduct a settlement
16   conference is CONTINUED from March 8, 2013 until June 28, 2013.
17
18          **IT IS SO ORDERED.**
19
20   Dated:   February 8, 2013
21                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28