**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLY HOWELL

    Plaintiff(s),                 No. C-12-03785 JSW (EDL)

    v.                              NOTICE OF CONTINUANCE
                                    <u>OF SETTLEMENT CONFERENCE</u>

TAICOA CORPORATION

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for February 28, 2013, at 9:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until June 7, 2013, at 9:30 a.m.

Settlement Conference statements, if not previously submitted, are due May 28, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 11, 2013

                                                _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge