1  RODNEY E. GOULD, State Bar No. 238877
   RUBIN, HAY & GOULD, P.C.
2  205 Newbury Street
   P.O. Box 786
3  Framingham, Massachusetts 01701-0786
   Telephone: (508) 875-5222
4  Facsimile: (508) 879-6803

5  LAURIE E. SHERWOOD, State Bar No. 155312
   WALSWORTH FRANKLIN BEVINS & McCALL, LLP
6  601 Montgomery Street, Ninth Floor
   San Francisco, California 94111-2612
7  Telephone:   (415) 781-7072
   Facsimile:   (415) 391-6258
8
   Attorneys for Defendant
9  *TAICOA CORPORATION d/b/a*
   *MICATO SAFARIS*
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY HOWELL, d/b/a<br>HOWELL TALENT RELATIONS,<br><br>Plaintiff,<br><br>vs.<br><br>TAICOA CORPORATION, a New York corporation, d/b/a MICATO SAFARIS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-12-3785-JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADJOURNMENT OF ADR / SETTLEMENT CONFERENCE DEADLINE**<br><br>**[CIVIL L.R. 7-11]** |

The defendant TAICOA CORPORATION d/b/a MICATO SAFARIS and the plaintiff SHELLY HOWELL, d/b/a HOWELL TALENT RELATIONS, by and through their undersigned counsel, hereby submit this stipulation and proposed order seeking adjournment of the present June 28, 2013 ADR / Settlement Conference deadline to September 15, 2013, and in support thereof set forth as follows:

   1.   This is a breach of contract action involving the plaintiff's efforts in obtaining bookings for the defendant's celebrity safari program and the compensation

-1-
STIPULATION AND [PROPOSED] ORDER

allegedly due plaintiff with regard to same for the years 2001 through 2008.

2. The present ADR / Settlement Conference deadline in this matter is June 28, 2013 and the settlement conference with Magistrate Judge Elizabeth Laporte is presently scheduled for June 6, 2013.

3. The defendant has requested documents in discovery which it believes are necessary to review prior to settlement discussions. The plaintiff requires a confidentiality agreement prior to any of these documents being produced, but the parties have not yet agreed on the terms of this agreement, particularly with regard to the scope and designation of documents as "attorneys' eyes only."

4. The defendant seeks to adjourn the settlement conference with Magistrate Judge Laporte to early September to give the parties time to resolve any disputes concerning the confidentiality agreement and to exchange the necessary documents prior to a settlement conference. Plaintiff does not oppose this request.

5. The parties therefore seek an extension of the ADR / Settlement Conference Deadline to September 15, 2013 to enable the adjournment of the June 6, 2013 settlement conference to a date in early September 2013.

6. No other deadlines in this matter will be impacted. The present discovery deadline is September 30, 2013.

DATED: May 20, 2013     Respectfully Submitted

/s/ Rodney E. Gould
Rodney E. Gould, State Bar No. 238877
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, Massachusetts 01701-0786
Telephone: (508) 875-5222
Facsimile: (508) 879-6803

-2-
STIPULATION AND [PROPOSED] ORDER

-and-

/s/ Laurie E. Sherwood
Laurie E. Sherwood, State Bar No. 155312
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:   (415) 781-7072
Facsimile:   (415) 391-6258

Attorneys for Defendant
*TAICOA CORPORATION d/b/a*
*MICATO SAFARIS*

/s/ James G. Schwartz
James G. Schwartz, State Bar No. 069371
Joshua D. Brysk, State Bar No. 184200
LAW OFFICES OF JAMES G. SCHWARTZ
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone:  (925) 463-1073
Facsimile:  (925) 463-2937

Attorneys for Plaintiff
SHELLY HOWELL, d/b/a
HOWELL TALENT RELATIONS

## [PROPOSED] ORDER

It is hereby **ORDERED** that the ADR / Settlement Conference deadline in this matter is adjourned from June 28, 2013 to September 15, 2013. No other Case Management Conference deadlines are altered.

IT IS SO ORDERED,

Dated: May 20 , 2013

_____
Hon. Jeffrey S. White
United States District Judge

-4-
STIPULATION AND [PROPOSED] ORDER