RODNEY E. GOULD, State Bar No. 238877
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, Massachusetts 01701-0786
Telephone: (508) 875-5222
Facsimile: (508) 879-6803

LAURIE E. SHERWOOD, State Bar No. 155312
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:     (415) 781-7072
Facsimile:     (415) 391-6258

Attorneys for Defendant
*TAICOA CORPORATION d/b/a*
*MICATO SAFARIS*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY HOWELL, d/b/a<br>HOWELL TALENT RELATIONS,<br><br>    Plaintiff,<br><br>vs.<br><br>TAICOA CORPORATION, a New York<br>corporation, d/b/a MICATO SAFARIS; and<br>DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV-12-3785-JSW (EDL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGRADING REQUEST FOR<br>PRIVATE MEDIATION AND<br>ADJOURNMENT OF ADR /<br>SETTLEMENT CONFERENCE<br>DEADLINE**<br><br>**[CIVIL L.R. 7-11]** |

The defendant TIACOA CORPORATION d/b/a MICATO SAFARIS and the plaintiff

SHELLY HOWELL, d/b/a HOWELL TALENT RELATIONS, by and through their undersigned

counsel, hereby submit this stipulation and proposed order seeking permission to undertake private

mediation with Judge Mark Eaton (ret.) at ADR Services, Inc. in lieu of a settlement conference

with Magistrate Judge Elizabeth D. Laporte, and an adjournment of the present September 15, 2013

ADR / Settlement Conference deadline to September 21, 2013, to enable the private mediation to

take place on September 19, 2013. In support thereof the parties set forth as follows:

1.    This is a breach of contract action involving the plaintiff's efforts in obtaining bookings for the defendant's celebrity safari program and the compensation allegedly due plaintiff with regard to same for the years 2001 through 2008.

2.    The present ADR / Settlement Conference deadline in this matter is September 15, 2013, and a settlement conference with Magistrate Judge Laporte is presently scheduled for September 4, 2013.

3.    Lead counsel for the defendant is unable to attend the September 4, 2013 conference due to the Jewish holiday of Rosh Hashana, and the parties were unable to select an alternate date in which Magistrate Laporte, the parties and their counsel were all available.

4.    The parties and their counsel, in lieu of the settlement conference with Magistrate Laporte on September 4, 2013 (or on the two other alternative dates suggested by her), wish to engage the services of a private mediator.  The parties have scheduled a mediation with Judge Mark Eaton (ret.), of ADR Services, Inc.. on September 19, 2013.

5.    The parties therefore seek Court approval of their use of private mediation/ADR services in lieu of a settlement conference with Magistrate Judge Laporte, and an extension of the ADR / Settlement Conference Deadline from September 15, 2013 to September 21, 2013 to enable the private mediation to take place on September 19, 2013.

6.    No other deadlines in this matter will be impacted.  The present discovery deadline is September 30, 2013.

DATED: June 21, 2013          Respectfully Submitted

_____
Rodney E. Gould, State Bar No. 238877
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, Massachusetts  01701-0786
Telephone:  (508) 875-5222
Facsimile:  (508) 879-6803

-and-

_____
Laurie E. Sherwood, State Bar No. 155312
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:    (415) 781-7072
Facsimile:    (415) 391-6258

Attorneys for Defendant
*TAICOA CORPORATION d/b/a*
*MICATO SAFARIS*

DATED:  June 21, 2013

_____
James G. Schwartz, State Bar No. 069371
Joshua D. Brysk, State Bar No. 184200
LAW OFFICES OF JAMES G. SCHWARTZ
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone:  (925) 463-1073
Facsimile:  (925) 463-2937

Attorneys for Plaintiff
SHELLY HOWELL, d/b/a
HOWELL TALENT RELATIONS

DATED: June 24, 2013

Respectfully Submitted

Rodney E. Gould, State Bar No. 238877
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, Massachusetts  01701-0786
Telephone:  (508) 875-5222
Facsimile:  (508) 879-6803

-and-

Laurie E. Sherwood, State Bar No. 155312
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:     (415) 781-7072
Facsimile:     (415) 391-6258

Attorneys for Defendant
*TAICOA CORPORATION d/b/a*
*MICATO SAFARIS*

DATED:  June 24, 2013

James G. Schwartz, State Bar No. 069371
Joshua D. Brysk, State Bar No. 184200
LAW OFFICES OF JAMES G. SCHWARTZ
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone:  (925) 463-1073
Facsimile:  (925) 463-2937

Attorneys for Plaintiff
SHELLY HOWELL, d/b/a
HOWELL TALENT RELATIONS

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

It is hereby **ORDERED** that the ADR / Settlement Conference Deadline in this matter is adjourned from September 15, 2013 to September 21, 2013 and it is further **ORDERED** that the parties may engage the services of private mediation / ADR in lieu of a Settlement Conference with Magistrate Judge Elizabeth D. Laporte.    No other Case Management Conference deadlines are altered.


IT IS SO ORDERED,

Dated:  June 26            , 2013


Hon. Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER