UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SHELLY HOWELL dba HOWELL TALENT RELATIONS,<br><br>                      Plaintiff,<br>  v.<br><br>TAICOA CORPORATION, et al.,<br><br>                    Defendants. | No. C 12-3785 WHO (MEJ)<br><br>**ORDER RE: STIPULATION REGARDING HANDLING CONFIDENTIAL MATERIALS** |

The Court is in receipt of the parties' Stipulation and Proposed Order Regarding Handling Confidential Matters, filed July 29, 2013. Dkt. No. 36. As the Stipulation refers to confidential documents submitted to the Court without reference to the requirements of Civil Local Rule 79-5, the parties' Stipulation is DENIED WITHOUT PREJUDICE. The parties shall file a revised stipulation and proposed order which addresses the requirements of Rule 79-5.

**IT IS SO ORDERED.**

Dated: August 5, 2013

_____
Maria-Elena James
United States Magistrate Judge