1

2

3

4                    UNITED STATES  DISTRICT COURT

5                      Northern District of California

6

7   SHELLY HOWELL dba HOWELL TALENT          No. C 12-3785 WHO (MEJ)
    RELATIONS,
8                                            **ORDER RE: STIPULATION
                      Plaintiff,             REGARDING HANDLING
9        v.                                  CONFIDENTIAL MATERIALS**

10  TAICOA CORPORATION, et al.,

11                    Defendants.
    _____/

12

13         The Court is in receipt of the parties' Stipulation and Proposed Order Regarding Handling

14  Confidential Matters, filed July 29, 2013.  Dkt. No. 36.  As the Stipulation refers to confidential

15  documents submitted to the Court without reference to the requirements of Civil Local Rule 79-5, the

16  parties' Stipulation is DENIED WITHOUT PREJUDICE.  The parties shall file a revised stipulation

17  and proposed order which addresses the requirements of Rule 79-5.

18         **IT IS SO ORDERED.**

19

20

21  Dated: August 5, 2013

22                                           _____
                                             Maria-Elena James
23                                           United States Magistrate Judge

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California